# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PROFESSIONAL FLOORING COMPANY, INC. | : | No. 165 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| BUSHAR CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF: ROSE LINE, INC. | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.